Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00807-CV

In the **INTEREST OF E.T.** & J.T., Minor Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-PA-02487
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:   January 14, 2009

DISMISSED

Appellant Deborah Shields filed a motion to dismiss this appeal. We grant the motion. *See*

TEX. R. APP. P. 42.1(a)(1). We order all costs assessed against appellant. *See* TEX. R. APP. P.

42.1(d)(absent agreement of the parties, costs are taxed against appellant).


PER CURIAM